**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.  CR06-0242 JLR** |
| **Plaintiff,** | |
| | **ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF APPEARANCE BOND** |
| **v.** | |
| **LUCINDA WYNN,** | |
| **Defendant.** | |

     **THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision by using cocaine on July 12, 2006 and July 17, 2006.

     The plaintiff appears through Assistant United States Attorney, MATTHEW THOMAS.

     The defendant appears personally and represented by counsel, KIMBERLY GORDON

     The defendant having been advised of the allegations, her right to a hearing, and the maximum consequence of being found in violation of her Appearance Bond, enters admissions to both alleged violations regarding the use of cocaine..

     **ACCORDINGLY,** the court hereby revokes the defendant's appearance bond and directs that she be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

     The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States  Pretrial Services Office.

                   **July 21, 2006.**

                    */s/ J. Kelley Arnold* _____
                   **J. Kelley Arnold, U.S. Magistrate Judge**