Honorable J. Kelly Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>LUCINDA M. WYNN,<br><br>                      Defendant. | No. CR06-0242 JLR<br><br>ORDER GRANTING MOTION TO REOPEN DETENTION HEARING BASED ON NEW INFORMATION AND TO RELEASE DEFENDANT |

THIS COURT, having considered Defendant Lucinda Wynn's motion, her defense counsel's memorandum in support, and the positions of both the U.S. Pretrial Services Office and the United States Attorney's Office, does hereby:

ORDER that the July 21, 2006 detention hearing be reopened; and

FURTHER ORDER that Defendant Wynn be released from custody on the conditions initially imposed by Judge Benton.  These conditions include the requirement that she submit to drug testing, obtain an evaluation, and enter into treatment.  **The Appearance Bond of June 26, 2006, is REINSTATED.**

DONE this 1st day of Septermber, 2006.

                                                    s/ J Kelley Arnold
                                                  The Honorable J. Kelly Arnold
                                                  United States Magistrate Court Judge

Presented by:
 s/ Kimberly N. Gordon

810 Third Avenue, Suite 500  
Seattle, WA  98104  
Phone:  (206) 622-8000  
Fax:  (206) 682-2305  
Email:  gordon@sgb-law.com